**Opinion issued December 23, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00768-CV

————————————

**VERNON MOORE, Appellant**

**V.**

**ENCOMPASS HEALTH REHABILITATION HOSPITAL OF SUGAR LAND, LLC D/B/A ENCOMPASS HEALTH REHABILITATION HOSPITAL OF SUGAR LAND, Appellee**

---

**On Appeal from the 434th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 25-DCV-325400**

---

## MEMORANDUM OPINION

Appellant Vernon Moore filed his notice of appeal on September 19, 2025.

Appellant did not pay his appellate filing fee or establish indigence for purposes of

appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE §§ 51.207,

51.208, 51.941(a), 101.041; Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, and in the Business Court, Misc. Docket No. 24-9047 (Tex. July 26, 2024), *reprinted in* TEX. R. APP. P. app. A § B(1) (listing fees in courts of appeals). The Clerk of this Court notified Appellant that unless he paid the appellate filing fee by November 17, 2025, his appeal could be dismissed. *See* TEX. R. APP. P. 42.3(b). To date, Appellant has not paid the appellate filing fee nor established indigence for purposes of appellate costs.

Also, Appellant failed to file a brief. *See* TEX. R. APP. P. 38.6(a), 38.8(a). On November 21, 2025, the Clerk of this Court notified Appellant that his appellate brief was past due, and his appeal was subject to dismissal. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We directed Appellant to file his brief and a motion requesting an extension to file the brief within 10 days of our notice. Appellant did not respond. *See* TEX. R. APP. P. 42.3(b), (c).

We dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a), 42.3(b)–(c), 43.2(f). We deny any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Guiney, and Morgan.